# EXHIBIT G

Docusign Envelope ID: 8A515869-D331-8135-83E0-ADAB8D3F1DCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS

*Plaintiffs,*

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; JOSEPH SHER, in his official capacity as Acting Director of the ICE Boston Field Office; U.S. DEPARTMENT OF HOMELAND SECURITY; and MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,

*Defendants.*

No. ______________

**DECLARATION OF MARIAN T. RYAN**

Pursuant to 28 U.S.C. § 1746, I, Marian T. Ryan, hereby declare as follows:

1. I am the elected District Attorney for Middlesex County, Massachusetts. I am a resident of the Commonwealth of Massachusetts. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I have served as Middlesex District Attorney since 2013. Prior to that, I served in a variety of positions at the Middlesex District Attorney's Office, including General Counsel. I first began working in this Office in 1979, immediately following law school.

3. Middlesex County is the most populous county in Massachusetts, with roughly 1.6 million residents. It is also extraordinarily diverse. It encompasses 54 cities and towns and

Docusign Envelope ID: 8A515869-D331-8135-83E0-ADAB8D3F1DCD

includes major urban centers, suburbs, and rural communities. Approximately 23% of our residents are foreign-born, and nearly 30% of residents speak a language other than English at home.

4. My office prosecutes criminal cases across 12 district courts, 4 juvenile courts, and 2 superior courts. We investigate and prosecute criminal cases, engage in a variety of crime prevention and intervention strategies, and promote diversionary and rehabilitative programs where appropriate. As District Attorney, I am also responsible for directing all homicide investigations in Middlesex County.

5. On November 3, 2026, the provisions of the Massachusetts Protect Act prohibiting warrantless civil arrests on Massachusetts state courthouse property went into effect. I have learned that since that time, Immigration and Customs Enforcement (ICE) have carried out civil immigration arrests of defendants on state courthouse property in Middlesex County. In addition to violating state law, these arrests prevented those defendants from appearing in court to answer to the charges against them. I have attached to this declaration a list of the criminal defendants who have, to the best of my knowledge, been arrested on courthouse property in Middlesex County since November 3, 2026. This list represents only arrests of which we are currently aware; it does not necessarily encompass the entire universe of individuals arrested by ICE at courthouses in Middlesex County.

6. One such example took place on Malden District Court property, located at 4040 Mystic Valley Parkway in Medford, on November 3, 2026. My understanding is that ICE agents arrested Rolando Timothee, DOB 10/19/91, on the grounds of Malden District Court as he arrived for trial on domestic violence charges (docket no. 2650CR00233). My Office was prepared to proceed with the trial, and the victim was present and ready to testify. Instead,

Docusign Envelope ID: 8A515869-D331-8135-83E0-ADAB8D3F1DCD

because Mr. Timothee was taken into federal custody, he failed to appear, and the court entered a default against him.

7. As the example above demonstrates, when ICE arrests defendants on courthouse property in the midst of a criminal case, it undermines my office's ability to hold them accountable for their alleged criminal conduct, deprives victims of the opportunity to be heard, and jeopardizes the defendant's right to a fair trial. Simply put, when a defendant is taken from court prior to final adjudication of their criminal case and placed into federal immigration custody, it becomes difficult if not impossible for my office to continue to prosecute their cases. Fear of being subjected to civil immigration arrests at the courthouse may also make defendants, victims, and witnesses less likely to appear in court when summonsed for criminal cases, which is a major public safety issue.

8. It is my firm declaration that ICE's directive to make arrests at state courthouses in Massachusetts will harm the administration of justice in the Commonwealth, undermine the ability of the Middlesex District Attorney's Office to fulfill its mission, and adversely impact public safety in the communities we serve.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on November 20, 2026, at Woburn, Massachusetts.

DocuSigned by:

Marian T Ryan

E2D477E2B00E4D4...

Marian T. Ryan
Middlesex District Attorney

Docusign Envelope ID: 8A515869-D331-8135-83E0-ADAB8D3F1DCD

## ADDENDUM TO DECLARATION OF MARIAN T. RYAN

### List of Known ICE Courthouse Arrests

| Date | Defendant Name | Courthouse | Docket Number |
|---|---|---|---|
| 11/3/2026 | Rolando Timothee | Malden District Court | 2650CR000233 |
| 11/6/2026 | Wilson Joseph | Framingham District Court | 2649CR001798 |
| 11/6/2026 | Arold Clenord | Malden District Court | 2650CR001957 |
| 11/9/2026 | Juan Gomez | Marlborough District Court | 2621CR001072 |
| 11/9/2026 | Franciele Da Silva | Marlborough District Court | 2621CR001078 |
| 11/9/2026 | Uguimar Rezende | Marlborough District Court | 2621CR001074 |
| 11/18/2026 | Melvin Duarte Gomez | Cambridge District Court | 2652CR001820 |
| 11/19/2026 | Orlando Duran | Malden District Court | 2650CR002027 |
| 11/18/2026 | Vania Rodrigues | Marlborough District Court | 2621CR001105 |
| 11/19/2026 | Avelino Mendenwald | Somerville District Court | 2610CR001086 |