# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS

*Plaintiff*,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; JOSEPH SHER, in his official capacity as Acting Director of the ICE Boston Field Office; U.S. DEPARTMENT OF HOMELAND SECURITY; and MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,

*Defendants*.

No. _______________

**DECLARATION OF ADRIANNE VENTURA**

Pursuant to 28 U.S.C. § 1746, I, Adrianne Ventura, hereby declare as follows:

1. I am a resident of the Commonwealth of Massachusetts. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the founder and executive director of Centro Comunitario de Trabajadores ("CCT"), located in New Bedford, Massachusetts.

3. CCT is an organization dedicated to advocating for the rights of immigrant workers, providing educational resources, and building a supportive community. Founded in 2006, CCT works to improve working conditions, promote fair wages, and empower immigrant workers in New Bedford and surrounding communities.

4. Our work includes educating workers about their rights, organizing workers, and helping them understand how to make complaints when their rights have been violated. CCT also takes legal action to defend the rights of the people we serve.

5. CCT serves a wide community. I have heard from approximately 20 members that they are afraid to attend court because they are aware that Immigration and Customs Enforcement ("ICE") agents have been making arrests at courthouses.

6. Because our organization engages in legal matters, member's reluctance to appear in court interferes with our work. When members express fear to attend required court appearances, we explain that failing to appear could have legal consequences.

7. This fear also discourages people from seeking assistance through the courts in the first place. I have heard from workers who have chosen not to seek justice for violations of their rights, and survivors of domestic violence who have decided not to seek protection through the courts.

8. One particularly difficult story involved a woman whose husband had an upcoming court date. She was extremely worried about ICE's presence at courthouses. The family was had fled persecution in Guatemala for being Indigenous after members of her husband's family were killed. Her husband was the sole source of income for her and their two children. I learned that the woman subsequently took her own life.

9. It is my firm declaration that ICE's directive to make arrests at state courthouses in Massachusetts impedes CCT's ability to fulfill its mission, harms the communities we serve, and undermines the administration of justice.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on November 20, 2026, at New Bedford, Massachusetts.

Adrianne Ventura
Founder and Executive Director,
Centro Comunitario de Trabajadores