# EXHIBIT J

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS

*Plaintiff*,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; JOSEPH SHER, in his official capacity as Acting Director of the ICE Boston Field Office; U.S. DEPARTMENT OF HOMELAND SECURITY; and MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,

*Defendants*.

No. _______________

## DECLARATION OF LORRAYNE ALVES

Pursuant to 28 U.S.C. § 1746, I, Lorrayne Alves, hereby declare as follows:

1. I am a resident of the Commonwealth of Massachusetts. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the Brazilian Worker Center ("BWC") as the Immigrant Defense Manager. I have worked at BWC for 6 years and have held my current role for 2 years.

3. BWC is a nonprofit organization located in Allston, Massachusetts, that has supported immigrant workers in defending and advancing their labor and immigrant rights since 1995. BWC serves immigrant communities throughout the Commonwealth and its islands,

providing education, advocacy, and support related to workers' rights, immigration, and health equity.

4. Among other services, BWC provides immigration-related legal education, screenings, referrals, and advocacy to help immigrants understand their rights and navigate the legal system. BWC also provides community support services, including assistance with forms and documents, translation, and connecting individuals with other services and resources.

5. As part of my role, I work directly with immigrant communities, and I am partially accredited by the Department of Justice to provide immigration consultations. I also assist with other immigration matters and coalition building.

6. Additionally, I handle all court-related matters for which community members seek assistance. I receive more than 10 calls per week requesting help understanding and navigating the court process. Many of these requests involve seeking protection related to domestic violence or resolving housing issues.

7. The vast majority of our members do not have lawful immigration status and some have no available pathway to obtaining lawful status in the United States. These members are afraid of attending court, including to seek protection and assert their rights, because they are aware that Immigration and Customs Enforcement ("ICE") agents have been making arrests at courthouses and fear being detained.

8. Recently, a community member from Worcester came to our office seeking assistance after missing a housing hearing two days earlier. He explained to me that he did not attend the hearing because he was afraid of immigration enforcement after seeing news reports of people being detained. His fear was particularly heightened because he is solely responsible for his two children. I called the court to inquire about his case and learned that the court had ruled

in favor of his landlord because he missed his final hearing. As a result, he would likely be evicted.

9. It is my firm declaration that ICE's directive to make arrests at state courthouses in Massachusetts harms the communities I and BWC serve and impedes the administration of justice.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on November 22, 2026, at Boston, Massachusetts.

Lorrayne Alves
Immigrant Defense Manager,
Brazilian Worker Center